# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FELIPE IGNACIO RIVADENEIRA, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-12 |
| v. | * | |
| D. RAY JAMES CORRECTIONAL FACILITY, et al., | * | |
| Defendants. | * | |

### O R D E R

Before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated November 9, 2021. Dkt. No. 21. In the Report, the Magistrate Judge recommended the dismissal of Plaintiff's Federal Torts Claim Act ("FTCA") claims for negligence against Defendants Oliver, Green, and Jimenez, but he ordered service of Plaintiff's other FTCA claims. Dkt. No. 17 at 1; Dkt. No. 18.

In his Objections, Plaintiff argues his claims against Defendants Oliver, Green, and Jimenez should be allowed to go forward since they "are the principal actors" in his Complaint. Dkt. No. 21 at 1. Aside from this conclusory statement, Plaintiff makes a few new allegations against these three

Defendants, which were not made in the original Complaint. The Court addresses the additional allegations now.

First, Plaintiff states Defendant Oliver has been "denying" this present suit. Id. at 1-2. It is unclear what Plaintiff means by "denying" the suit. This statement, even considered in conjunction with Plaintiff's assertions in his Complaint about Defendant Oliver's acts, does not adequately state a claim. Defendant Oliver "denying" the present suit does not connect Defendant Oliver to either the harm Plaintiff suffered or the relief he seeks. Accordingly, Plaintiff's Objection to the Magistrate Judge's recommendation to dismiss Plaintiff's FTCA claim for negligence against Defendant Oliver is **OVERRULED**.

Plaintiff states for the first time in his Objections Defendant Green threatened to prevent any of his documents from leaving the facility once she found out he was filing a civil action. Id. at 2. Even if the Court considered this allegation in connection with Plaintiff's allegations about Defendant Green's conduct in the Complaint, Plaintiff still fails to plausibly state a claim against Green. Plaintiff does not allege any facts demonstrating Green acted negligently or caused Plaintiff harm. Accordingly, Plaintiff's Objection to the Magistrate Judge's recommendation to dismiss Plaintiff's FTCA claim for negligence against Defendant Green is **OVERRULED**.

2

Finally, Plaintiff states for the first time in his Objections Defendant Jimenez, as the Health and Safety Administrator, "always was alert and [knew] about my health state[,]" but he never responded or made decisions on Plaintiff's behalf. Id. at 2. Plaintiff states he asked Defendant Jimenez "many times by [] written letters" and was told Defendant Jimenez could do nothing for him. Id. These statements are vague and conclusory, and it is unclear if these statements relate in any way to the allegations Plaintiff previously asserted against Defendant Jimenez. See Dkt. No. 1 at 12. Even considering these statements in conjunction with Plaintiff's allegations against Defendant Jimenez in the Complaint, and liberally construing those allegations, Plaintiff still does state a plausible claim against Defendant Jiminez. Accordingly, Plaintiff's Objection to the Magistrate Judge's recommendation to dismiss Plaintiff's FTCA claim for negligence against Defendant Jimenez is **OVERRULED**.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's FTCA claims for negligence against Defendants Oliver, Green, and Jimenez. Plaintiff's FTCA claims against Defendants D. Ray James Correctional Facility, GEO

3

AO 72A
(Rev. 8/82)

Group, McCoy, Green, Johns, Chronic Care Clinics, Thomas, and Maziar remain pending. Dkt. No. 18.

**SO ORDERED**, this \_\_14\_\_ day of \_\_January\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)