# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FELIPE IGNACIO RIVADENEIRA, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-12 |
| | * | |
| v. | * | |
| | * | |
| D. RAY JAMES CORRECTIONAL | * | |
| FACILITY, et al., | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the portion of the Magistrate Judge's Report and Recommendation relating to Defendant Maziarz. Dkt. No. 57. Plaintiff did not file a response to this Defendant's Motion to Dismiss, nor did Plaintiff file timely Objections to this portion of the Report and Recommendation. Thus, the Court concurs with and **ADOPTS** the portion of the Magistrate Judge's Report and Recommendation relating to Defendant Maziarz. The Court **GRANTS as unopposed** Defendant Maziarz's Motion to Dismiss, dkt. no. 50, and **DISMISSES without prejudice** Plaintiff's claims against Defendant Maziarz. The Court also **DIRECTS** the Clerk of Court to enter the appropriate

judgment of dismissal as to Defendant Maziarz and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___18___ day of ___October___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA