# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FELIPE IGNACIO RIVADENEIRA, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-12 |
| | * | |
| v. | * | |
| | * | |
| D. RAY JAMES CORRECTIONAL | * | |
| FACILITY, et al., | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 71. Plaintiff did not file Objections to the Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Defendant Thomas' Motion to Dismiss, and **DISMISSES** Plaintiff's claims against Defendant Thomas. The Court also **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal as to Defendant Thomas and **DENIES**

AO 72A
(Rev. 8/82)

Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___27___ day of ___February___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)