AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FELIPE IGNACIO RIVADENEIRA,

    Plaintiff,

v.

DR. RICK THOMAS,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:21-cv-012

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 27, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendant Thomas' Motion to Dismiss is granted, judgment of dismissal is hereby entered as to Defendant Thomas, and Plaintiff is denied in forma pauperis status on appeal.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 27, 2023

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020