# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FELIPE IGNACIO RIVADENEIRA,      *

     Plaintiff,      *      CIVIL ACTION NO.: 5:21-cv-12

     v.      *

D. RAY JAMES CORRECTIONAL      *
FACILITY, et al.,      *

     Defendants.      *

## ORDER

Before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated June 20, 2023. Dkt. No. 84. In the Report, the Magistrate Judge recommended the Court grant Defendants' Motion for Summary Judgment because the remaining named Defendants are either not legal entities subject to suit or are not parties subject to suit under the Federal Tort Claims Act ("FTCA"). Dkt. No. 82 at 2. Plaintiff objects to the Report, arguing he did not receive Defendants' Motion for Summary Judgement, or, in fact, any filings in this case since September 2022.[1] Dkt. No. 84 at 1.

---

[1] Plaintiff's contention he has not received any filings in this case since September 2022 is plainly false. In February 2023, the Court issued an Order dismissing Plaintiff's claims against Defendant Thomas. Plaintiff received that Order and filed a notice of appeal, with a copy of the Order attached as an exhibit. Dkt. No. 77.

Plaintiff asks the Court to deny Defendants' Motion for Summary Judgment because he never received a copy of Defendants' Motion. Plaintiff does not address the substance of the Magistrate Judge's Report.

Plaintiff's Objections are meritless.  Even assuming Plaintiff never received the Motion for Summary Judgment, Plaintiff admits he received a copy of the Report and Recommendation, which fully explains Defendants' arguments and the reasons they are entitled to summary judgment.  Even so, Plaintiff entirely fails to address the substance of the Report and Recommendation or ask for additional time to respond to the Report.  Rather, Plaintiff simply requests the Court outright deny Defendants' Motion since he never received it.  This is not a sufficient ground for denying the Motion.  Additionally, in reviewing the entire record, the Court finds the Magistrate Judge properly determined Defendants' Motion was due to be granted.  Thus, Plaintiff's Objections are due to be overruled.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections.  The Court **GRANTS** Defendants' Motion for Summary Judgment, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis*

AO 72A
(Rev. 8/82)

status on appeal.  Additionally, to the extent the Report and

Recommendation and now this Order have been issued, I **GRANT**

Plaintiff's Motion for a Status Report.  Dkt. No. 83.

**SO ORDERED**, this ____17____ day of ____July____, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)