AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FELIPE IGNACIO RIVADENEIRA,

Plaintiff,

v.

D. RAY JAMES CORRECTIONAL FACILITY, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:21-cv-12

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered July 17, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' motion for summary judgment is granted, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 19, 2023

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020